# Court of Appeals
# of the State of Georgia

ATLANTA, February 14, 2020

*The Court of Appeals hereby passes the following order*

**A20D0276. JOHN MATTHEW MCKENZIE, II v. KERRY BETH MCKENZIE.**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

15A01871



*Court of Appeals of the State of Georgia*
     *Clerk's Office, Atlanta, February 14, 2020.*

     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

     *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*